

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2018

No. 04-18-00817-CV

Joseph A. **RAMIREZ** and April M. Ramirez,
Appellants

v.

Rosalinda **HURON**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV06197
Honorable David J. Rodriguez, Judge Presiding

### O R D E R

     The docketing statement was due on November 13, 2018, but has not been filed. *See* TEX. R. APP. P. 32.1(a) (providing an appellant in a civil case shall file a docketing statement promptly upon filing the notice of appeal). We order appellant to file the docketing statement by **November 29, 2018**. A failure to comply with this order may result in this appeal being dismissed without further notice. *See* TEX. R. APP. P. 42.3(c).

     Furthermore, appellant has filed a Sworn Statement of Inability to Afford Payment of Court Costs. We **order** the clerk of this court to send a copy of the statement and this order to the court reporter(s), the trial court clerk, and the appellees. We order any response to appellant's statement due by **November 29, 2018.**

_____
Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court